UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JACOBSON WAREHOUSE CO., INC., *et al.*,

                Plaintiffs,  **ORDER**

   -against-  20-cv-4416 (CS) (AEK)

PRESTIGE BRANDS, INC.,

                Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

The Court has received the parties' joint letter concerning Plaintiffs' motion to unseal. ECF No. 307. With respect to documents that the parties agree should be unsealed, as set forth in ECF No. 307-1, the Court will direct the Clerk of Court, by separate order, to unseal the documents. To further the unsealing process as to the remainder of the documents at issue, the parties are directed to proceed as follows:

(1) With respect to documents that may include the confidential information of non-parties (*i.e.*, ECF Nos. 99-1, 99-3, 118, 118-1, 144-2, and 171-7), the parties must provide an update to the Court by November 17, 2022 as to whether those non-parties have consented to unsealing the documents.

(2) With respect to documents that the parties have agreed may be unsealed with certain limited redactions (*i.e.*, ECF Nos. 134-5, 229-1, and 247-2), the parties must provide the Court with redacted versions of the documents for docketing by November 17, 2022.

(3) The parties' request to re-file the motion to unseal is GRANTED. Plaintiffs must re-file their motion by November 23, 2022 and Defendant must file its opposition by December 9, 2022. No reply submission is permitted.

The Clerk of Court is respectfully directed to terminate as moot the motion at ECF No. 249.

Dated: November 1, 2022
      White Plains, New York                **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge