UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JACOBSON WAREHOUSE CO., INC., *et al.*,

                Plaintiffs,                 **ORDER**

     -against-                          20-cv-4416 (CS) (AEK)

PRESTIGE BRANDS, INC.,

                Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

     The Court is in receipt of the parties' joint submissions regarding documents to be unsealed in this matter. *See* ECF Nos. 307, 313. The parties state that they are in agreement that certain documents filed in this matter should be unsealed, and represent that certain non-parties whose information is contained in various documents that are currently on the docket under seal have consented to the documents being unsealed. ECF No. 313. Accordingly, the Clerk of Court is respectfully directed to make the following documents public:

| | | |
|---|---|---|
| ECF No. 73-2 | ECF No. 101 | ECF No. 134 |
| ECF No. 76 | ECF No. 101-1 | ECF No. 134-2 |
| ECF No. 76-1 | ECF No. 101-2 | ECF No. 134-7 |
| ECF No. 76-2 | ECF No. 101-4 | ECF No. 140-1 |
| ECF No. 85 | ECF No. 101-8 | ECF No. 140-3 |
| ECF No. 85-1 | ECF No. 106 | ECF No. 144-1 |
| ECF No. 99-1 | ECF No. 106-2 | ECF No. 144-2 |
| ECF No. 99-3 | ECF No. 106-3 | ECF No. 144-3 |
| ECF No. 99-4 | ECF No. 115-1 | ECF No. 144-4 |
| ECF No. 99-7 | ECF No. 118 | ECF No. 165 |
| ECF No. 99-8 | ECF No. 118-1 | ECF No. 165-2 |

| | | |
|---|---|---|
| ECF No. 165-3 | ECF No. 196 | ECF No. 216 |
| ECF No. 171 | ECF No. 196-2 | ECF No. 216-2 |
| ECF No. 171-2 | ECF No. 203 | ECF No. 229 |
| ECF No. 171-3 | ECF No. 203-2 | ECF No. 229-2 |
| ECF No. 171-4 | ECF No. 207 | ECF No. 229-3 |
| ECF No. 171-5 | ECF No. 207-1 | ECF No. 229-4 |
| ECF No. 171-6 | ECF No. 207-2 | ECF No. 247 |
| ECF No. 171-7 | ECF No. 212 | ECF No. 247-1 |
| ECF No. 191 | ECF No. 212-1 | |
| ECF No. 191-6 | ECF No. 212-4 | |

Additionally, the redacted documents at ECF Nos. 313-1, 313-2, and 313-3 are hereby deemed the public versions of ECF Nos. 134-5, 229-1, and 247-2, respectively.

The Court will address the disputed motion to unseal (ECF No. 315) by separate order.

Dated: November 28, 2022
White Plains, New York

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge