UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JACOBSON WAREHOUSE CO., INC., *et al.*,

                     Plaintiffs,                 **ORDER**

         -against-                    20-cv-4416 (CS) (AEK)

PRESTIGE BRANDS, INC.,

                     Defendant.
------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

       On November 30, 2022, the Court conducted a status conference and set the following

deadlines:

(1)    By December 14, 2022, the parties are to provide a final update on the Accuplus discovery issues, and must identify whether there are disputes that require court intervention.  As part of this letter, the parties may also identify any other outstanding matters, and especially any other disputes that are ripe for adjudication.

(2)    The deadline for XPO to produce all outstanding shipping documents responsive to Request No. 7 of Prestige's Seventh Request for Production has been extended to December 30, 2022.

(3)    By January 13, 2023, the parties must complete the depositions of Prestige's remaining two Rule 30(b)(6) witnesses, as well as the deposition(s) of XPO's witness(es) regarding outstanding topics other than those pertaining to Accuplus.

(4)    Also by January 13, 2023, XPO must complete production of the agreed-upon Accuplus reports.

Dated: December 1, 2022
       White Plains, New York

                                  **SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge