UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JACOBSON WAREHOUSE CO., INC., *et al.*,

                Plaintiffs,           **ORDER**

      -against-                     20-cv-4416 (CS) (AEK)

PRESTIGE BRANDS, INC.,

                Defendant.
-------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

On January 19, 2023, the Court conducted a status conference and set the following deadlines:

(1) By January 27, 2023, the parties are to provide a proposed revised production schedule for the outstanding shipping documents responsive to Request No. 7 of Prestige's Seventh Request for Production. If the parties cannot agree to a proposed schedule, they may submit competing proposals.

(2) By February 3, 2023, the parties are to provide an update as to the status of the Accuplus issues discussed in ECF No. 334. This update must include a proposed schedule with respect to the deposition of Brian Glenn.

(3) Also by February 3, 2023, the parties are to provide an update as to the status of private mediation. If the parties agree to a date to conduct a private mediation before February 3, 2023, however, they are to write to the Court as soon as practicable.

Dated: January 20, 2023
       White Plains, New York

                                                  **SO ORDERED.**

                                                  _____
                                                  ANDREW E. KRAUSE
                                                  United States Magistrate Judge